13896

EVANS v. ANDERSON *ET AL.*

(175 S. E., 527)

298

*Messrs. Truluck & Truluck* and *R. R. Whitlock,* for appellant,

*Messrs. Willcox, Hardee & Wallace,* for respondents,

August 1, 1934.

The opinion of the Court was delivered by MR. W. C. COTHRAN, ACTING ASSOCIATE JUSTICE.

The decree of the Circuit Judge is entirely satisfactory. It is, therefore, affirmed and made the judgment of this Court.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.